**FILED**

**September 21, 2009**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002101624

Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the
holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable
Rate Mortgage-Backed Pass-Through Certificates,Series 2007-2

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>PATRICIA CUNHA<br><br>      Debtor. | CASE: 09-91902-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF JO-ANN GOLDMAN IN SUPPORT THEREON<br><br>DATE: 10/28/09<br>TIME: 10:00 am<br>CTRM: C<br>U.S. Bankruptcy Court<br>1200 I Street, Ste 4<br>Modesto, California |

The Motion of U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 respectfully shows as follows:

1.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

Matter I.D. 6401-5575

2.   This Motion is brought pursuant to Local Rule 9014-1 (f)(1)(ii) written opposition, if any, to the granting of the Motion shall be in writing and shall be served on the moving party and filed with the Clerk by the responding party at least fourteen (14) days preceding the noticed date of the hearing. Unless written opposition and supporting evidence are timely filed with the Court, without good cause, no party will be heard in opposition to the Motion at oral argument. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

Opposition to the Motion shall be served on counsel for Movant as follows:

THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

3.   On June 23, 2009, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor.

4.   STEPHEN C. FERLMANN is the Chapter 7 Trustee for this case.

5.   Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

6.   Movant is the beneficiary under a Deed of Trust which secures a Promissory Note ("Note") in the principal sum of $190,000.00, with the Note all due and payable on December 1, 2036.  The Note and Deed encumber real property commonly known as:

1311 Shadow Lane, Fernley, NV 89408 ("Property")

and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN GOLDMAN.

7. The beneficial interest under the Deed of Trust is currently held by Movant. <u>See</u> Declaration of JO-ANN GOLDMAN.

8. There was a default under the terms of the Note and Deed of Trust, however, Movant has been unable to record a Notice of Default and Election to Sell.

9. There was a default under the terms of the Note and Deed of Trust and on March 5, 2009, Movant caused to be recorded a Notice of Default and Election to Sell.

10. The Property is not Debtor's principal residence.

11. As of August 20, 2009, the Debtor has failed to tender 11 of the contractual payments which have fallen due under the Note and Deed of Trust.

12. The total amount due under Note and Deed of Trust as of August 20, 2009, exclusive of attorneys fees and costs, was approximately $211,277.97. See Statement of Indebtedness attached hereto as <u>Exhibit "1"</u>.

13. The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages secured thereby, total approximately $246,663.97.

14. Movant requests the Court take Judicial Notice that the Debtor's Schedule "A" provides the fair market value of the Property to be approximately $170,000.00. A

true and correct copy of Schedule "A" is attached hereto as Exhibit "2" and incorporated by reference.

15. Movant requests the Court take Judicial Notice that the Debtor's Schedule "D" reflects the Property is encumbered by one additional lien. A true and correct copy of the Debtor's Schedule "D" is attached hereto as Exhibit "3" and incorporated by reference.

16. Movant requests the Court take Judicial Notice that the Debtor's Statement of Intentions provides the Property is to be surrendered. A true and correct copy of the Statement of Intentions is attached hereto as Exhibit "4" and incorporated by reference.

17. Due to the liens, encumbrances and arrearages existing against the Property, and due to current market trends and costs of sale, the Debtor does not have any equity in the Property.

18. The Debtor has no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

19. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

20. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to,

lack of adequate protection and the Debtor's failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1)  That the automatic stay be terminated or annulled so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2)  For reasonable attorneys' fees;

(3)  That any relief from stay granted Movant be deemed binding and of full force and effect in any pending or future case filed by any entity that claims any interest in the property;

(4)  For the waiver of the 10 day stay pursuant to Bankruptcy Rule 4001(a)(3).

(5)  For such other and further relief as the Court deems just and proper.

Dated:  September 21, 2009

                         /s/ Alan Steven Wolf
                         ALAN STEVEN WOLF
                         Attorneys for Movant
                         U.S. Bank National Association,
                         as trustee, on behalf of the
                         holders of Adjustable Rate
                         Mortgage Trust 2007-2 Adjustable
                         Rate Mortgage-Backed Pass-Through
                         Certificates, Series 2007-2

EXHIBIT 1

MOVANT'S STATEMENT OF INDEBTEDNESS

Debtor:              CUNHA
CASE NO.:            09-91902-7
PROPERTY ADDRESS:    1311 Shadow Lane
                     Fernley, NV 89408

A.  APPROX. PRINCIPAL DUE AS OF August 20, 2009:
1st trust deed Select Portfolio        = $        189,016.75
2nd trust deed Select Portfolio        = $         35,386.00
                              TOTAL = $        224,402.75

B.  APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 8/20/09:

Movant's first trust deed payments and late charges:

11   payment(s) at     $      1,431.60    = $         15,747.60


                          Accrued Late Charges $          214.74
                              Escrow Advances $         3,561.24
                          Recoverable Balance $         2,737.64
                                     TOTAL $        22,261.22
C.  VALUE OF PROPERTY:                      $        170,000.00
D.  LESS TOTAL OF PRINCIPAL AND DELINQUENCY: $       246,663.97

E.  GROSS EQUITY (D-C)*:                    $        -76,663.97

EXHIBIT 2

UNITED STATES BANKRUPTCY COURT — EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **Patricia Cunha** | Case No.: |
| | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Property: 1311 Shadow Lane Fernelley, NV 89408 | Fee Owner | | $ 170,000.00 | $ 224,402.00 |
| Residence: 1233 Duckblind Circle Newman, CA 95360 | Fee Owner | | $ 206,000.00 | $ 319,395.30 |
| | Total ➢ | | $ 376,000.00 | |

(Report also on Summary of Schedules.)

EXHIBIT 3

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s):  Patricia Cunha | Case No.:
(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1938<br><br>Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | | | 11/01/2006<br>Second Lien on Real Property<br>Real Property:<br>1311 Shadow Lane<br>Fernelley, NV 89408<br><br>VALUE $170,000.00 | | | | 35,386.00 | 35,386.00 |
| ACCOUNT NO.  5755<br><br>Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | | | 11/01/2006<br>First Lien on Real Property<br>Real Property:<br>1311 Shadow Lane<br>Fernelley, NV 89408<br><br>VALUE $170,000.00 | | | | 189,016.00 | 19,016.00 |
| ACCOUNT NO.  0500<br><br>Toyota Financial Services<br>P.O. Box 60114<br>City of Industry, CA 91716-0114 | | | 03/01/2006<br>Security Agreement<br>2006 Scion xB Sport Wagon<br>(136,348 miles)<br><br>VALUE $7,650.00 | | | | 14,555.88 | 6,905.88 |
| ACCOUNT NO.  7056<br><br>Wachovia Mortgage<br>P.O. Box 60505<br>City of Industry, CA 91716-0505 | | | 02/01/2006<br>First Lien on Residence<br>Residence:<br>1233 Duckblind Circle<br>Newman, CA 95360<br><br>VALUE $206,000.00 | | | | 319,395.30 | 113,395.30 |

0    continuation sheets
      attached

Subtotal  >
(Total of this page)

| $ | 558,353.18 | $ | 174,703.18 |
|---|---|---|---|

Total  >
(Use only on last page)

| $ | 558,353.18 | $ | 174,703.18 |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

EXHIBIT 4

UNITED STATES BANKRUPTCY COURT -- EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| Debtor(s): **Patricia Cunha** | Case No.<br>Chapter    **7** |
|---|---|

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:**<br>**Select Portfolio Servicing** | **Describe Property Securing Debt:**<br>**Real Property:**<br>**1311 Shadow Lane**<br>**Fernelley, NV 89408** |
|---|---|

Property will be *(check one)*:
    ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☑ Claimed as exempt       ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Select Portfolio Servicing** | **Describe Property Securing Debt:**<br>**Real Property:**<br>**1311 Shadow Lane**<br>**Fernelley, NV 89408** |
|---|---|

Property will be *(check one)*:
    ☑ Surrendered       ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☑ Claimed as exempt       ☐ Not claimed as exempt

UNITED STATES BANKRUPTCY COURT -- EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **Patricia Cunha** | Case No. |
| | Chapter     **7** |

---

**Property No. 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **Toyota Financial Services** | 2006 Scion xB Sport Wagon (136,348 miles) |

Property will be *(check one)*:
- [✓] Surrendered      [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- [✓] Claimed as exempt      [ ] Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **Wachovia Mortgage** | **Residence:** |
| | **1233 Duckblind Circle** |
| | **Newman, CA 95360** |

Property will be *(check one)*:
- [ ] Surrendered      [✓] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [✓] Other. Explain **Retain and Continue Making Payments** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- [✓] Claimed as exempt      [ ] Not claimed as exempt

---

**PART B** -- Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
| **None** | | [ ] YES      [ ] NO |

UNITED STATES BANKRUPTCY COURT -- EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| Debtor(s): **Patricia Cunha** | Case No. |
| | Chapter **7** |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **6/18/2009**                          **s/ Patricia Cunha**
                                             **Patricia Cunha**
                                             Signature of Debtor