FILED
October 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D21

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** | Patricia Cunha | **Case No :** 09-91902 - D - 7 |
| | | **Date :** 10/21/09 |
| | | **Time :** 10:30 |
| **Matter :** | [12] – Motion/Application for Relief from Stay [ASW-1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (Isom) | |
| **Judge :** | Robert S. Bardwil | |
| **Courtroom Deputy :** | Carlene Walker | |
| **Reporter :** | Sherrie L. Barakatt | |
| **Department :** | D | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is
granted as provided in this order; automatic stay vacated; Fed. R. Bank. P. 4001(a)(3) is waived; no further relief afforded. Resolved without oral argument.

Dated: October 25, 2009

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court